IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TORRES MATEO, JOSE NELSON | § § § | |
| *Petitioner,* | § § | |
| VS. | § § | |
| BRET BRADFORD, Field Office Director of Enforcement and Removal Operations, Houston Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; ALEXANDER SANCHEZ, Warden of IAH Secure Adult Detention Center | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:26-CV-00036 JUDGE MICHAEL J. TRUNCALE |
| *Respondents.* | § | |

## ORDER TRANSFERRING CASE TO EASTERN DISTRICT OF TEXAS, LUFKIN DIVISION

Petitioner filed his Petition for Writ of Habeas Corpus on January 28, 2026 in the Eastern District of Texas, Beaumont Division. [Dkt. 1]. The Court believes this matter should have been filed in the Lufkin Division.

Accordingly, the Court *sua sponte* **TRANSFERS** the above-styled matter to the Eastern District of Texas, Lufkin Division.

**SIGNED this 3rd day of February, 2026.**

Michael J. Truncale
United States District Judge